Scott S. McKessy (SM-5479)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendant Compunetix, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EAGLE TELECONFERENCING SERVICES, INC.,       :

             Plaintiff,

    - against -

COMPUNETIX, INC.,

            Defendant.
------------------------------------------------------------X

Civil Action No.

**JUDGE BUCHWALD**
**07 CIV 7827**

**COMPUNETIX, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Compunetix, Inc. certifies that the following are parent corporations and any publicly held corporations that own 10% or more of the stock of Compunetix, Inc.:

                    None

Dated: New York, New York
         September 5, 2007

REED SMITH LLP

By: _____
    Scott S. McKessy (SM-5479)
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
*Attorneys for Defendant Compunetix, Inc.*

RECEIVED SEP 05 2007 U.S.D.C. S.D.N.Y. CASHIERS

NYLIB-448413.1-SSMCKESS