Harry J. Friedberg (HJF9982)
551 5th Avenue Suite 515
New York, N.Y. 10176
Tel 212-867-0755
FAX 212-986-6607
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EAGLE TELCONFERENCING SERVICES, INC..

                              Plaintiff

           -vs-                                    Civil Action No. 07 Civ 7827
                                                   Judge Naomi Reice Buchwald
COMPUNETIX, INC.,                                  Plaintiff's Statement Pursuant
                                                   To Fed.R.Civ.P.7.1

                              Defendant

-----------------------------------------------------------------X


Pursuant to Fed.R.Civ.P.7.1 (a) to enable Judges and Magistrate Judges of the Court to evaluate
possible disqualification or recusal, the undersigned counsel of record for Plaintiff certifies that
the following are parent corporations and any publically held corporations that own 10% or more
of the stock of Plaintiff.

                        None

Dated New York, New York
September 11, 2007

                                        Harry J. Friedberg Esq. HJF9982)
                                        551 5th Avenue Suite 515
                                        New York. N.Y., 10176
                                        Tel 212-867-0755
                                        Attorney for Plaintiff