UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

EAGLE TELECONFERENCING SERVICES, INC.,

        Plaintiff,

- against -

COMPUNETIX, INC.,

        Defendant.
----------------------------------------X

Civil Action No. 07 CIV 7827 (NRB)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED that the undersigned attorneys for the parties herein agree as follows:

1. Defendant Compunetix, Inc.'s ("Compunetix") time to answer or otherwise respond to the complaint expires on September 12, 2007.

2. The parties agree that Compunetix's time to answer or otherwise respond to the complaint is extended until, and includes, October 5, 2007.

3. There have been no prior requests for extensions of time, and this new date does not affect any other known scheduled dates, nor is there a Scheduling Order in place.

4. This stipulation may be executed by facsimile.

Dated: New York, New York
       September 11, 2007

_____
Harry J. Friedberg (HF-9992)
551 Fifth Avenue, Suite 515
New York, New York 10176
(212) 667-0755
Attorneys for Plaintiff
Eagle Teleconferencing Services, Inc.

REED SMITH LLP

By: _____
Scott S. McKessy (SM-5479)
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Attorneys for Defendant
Compunetix, Inc.

SO ORDERED:

_____
    U.S.D.J.
    9/17/07



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07