IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC<br>    Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 07 CV 7827 (NRB) |
| COMPUNETIX, INC.<br>    Defendant | : <br> : <br> : <br> : | JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITION**

To:   Jerry Pompa
       2420 Mosside Boulevard
       Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Jerry Pompa, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 22, 2008, at 10:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

                                                _____
                                                Harry J. Friedberg, Esq.
                                                551 Fifth Avenue
                                                Suite 515
                                                New York, NY 10176
                                                212-836-1100
                                                Attorney for Plaintiff, Eagle
                                                Teleconferencing Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC<br>　　　Plaintiff | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | No. 07 CV 7827 (NRB) |
| COMPUNETIX, INC.<br>　　　Defendant | : <br> : <br> : <br> : | JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

To:  Jerry Boynick
     2420 Mosside Boulevard
     Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Jerry Boynick, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 22, 2008, at 12:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

_____
Harry J. Friedberg, Esq.
551 Fifth Avenue
Suite 515
New York, NY 10176
212-836-1100
Attorney for Plaintiff, Eagle
Teleconferencing Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC<br>    Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07 CV 7827 (NRB) |
| COMPUNETIX, INC.<br>    Defendant | : | JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

To:   Bill Voltz
      2420 Mosside Boulevard
      Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Bill Voltz, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 22, 2008, at 2:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

_____
Harry J. Friedberg, Esq.
551 Fifth Avenue
Suite 515
New York, NY 10176
212-836-1100
Attorney for Plaintiff, Eagle Teleconferencing Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC<br>    Plaintiff | : <br> : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 07 CV 7827 (NRB) |
| COMPUNETIX, INC.<br>    Defendant | : <br> : <br> : <br> : | JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

To:   Matthew Pavelka
      2420 Mosside Boulevard
      Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Matthew Pavelka, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 23, 2008, at 10:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

_____
Harry J. Friedberg, Esq.
551 Fifth Avenue
Suite 515
New York, NY 10176
212-836-1100
Attorney for Plaintiff, Eagle Teleconferencing Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC<br>        Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07 CV 7827 (NRB) |
| | : | |
| COMPUNETIX, INC.<br>        Defendant | : | JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITION**

To:   Jonathan Rideau
      2420 Mosside Boulevard
      Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Jonathan Rideau, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 23, 2008, at 12:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

_____
Harry J. Friedberg, Esq.
551 Fifth Avenue
Suite 515
New York, NY 10176
212-836-1100
Attorney for Plaintiff, Eagle Teleconferencing Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC<br>    Plaintiff | : <br>: <br>: <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | No. 07 CV 7827 (NRB) |
| COMPUNETIX, INC.<br>    Defendant | : <br>: <br>: <br>: | JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

To:  Jim Baska
      2420 Mosside Boulevard
      Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Jim Baska, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 23, 2008, at 2:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

                                            Harry J. Friedberg, Esq.
                                            551 Fifth Avenue
                                            Suite 515
                                            New York, NY 10176
                                            212-836-1100
                                            Attorney for Plaintiff, Eagle Teleconferencing Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAGLE TELECONFERENCING SERVICES, INC | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | No. 07 CV 7827 (NRB) |
| COMPUNETIX, INC. | : | |
| Defendant | : | JURY TRIAL DEMANDED |
| | : | |

## NOTICE OF DEPOSITION

To:  Jerry Pompa
     2420 Mosside Boulevard
     Monroeville, PA 15146

PLEASE TAKE NOTICE that plaintiff will take the deposition of Jerry Pompa, pursuant to the Federal Rules of Civil Procedure, on Tuesday, January 22, 2008, at 10:00 a.m. at the office of Harry J. Friedberg, Esq. 551 Fifth Avenue, Suite 515, New York, NY 10176. This deposition will be recorded by stenographic means.

This deposition will continue from day to day until completed.

Dated: November 27, 2007

_____
Harry J. Friedberg, Esq.
551 Fifth Avenue
Suite 515
New York, NY 10176
212-836-1100
Attorney for Plaintiff, Eagle
Teleconferencing Services, Inc.

## Certificate of Service

This is to certify that I have this 27th day of November 2008, served a true and correct copy of the foregoing Notice of Deposition upon opposing counsel by sending a copy via first class mail, postage prepaid and addressed to:

Counsel for Defendant
Compunetix, Inc.

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

_____
Harry J. Friedberg